**Nathaniel BROWN, Appellant,**

v.

**AMOCO SHIPPING COMPANY, Appellee.**

**No. 14206.**

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 5, 1970.

Decided Oct. 12, 1970.

Stuart V. Carter, Norfolk, Va. (C. Arthur Rutter, Jr., and Breit, Rutter, Co-

hen, Ermlich & Friedman, Norfolk, Va., on the brief), for appellant.

Joseph A. Gawrys, Norfolk, Va. (Vandeveter, Black, Meredith & Martin, Norfolk, Va., on the brief), for appellee.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Under instructions concededly "accurate * * * as far as they go", the jury returned a general verdict in favor of Amoco Shipping Company. We have carefully considered Seaman Brown's other points of error—failure of the district judge to rule as a matter of law that the ship was unseaworthy, and to exonerate Brown of contributory fault, and the reception of demonstrative evidence, and conclude that the judgment below should be

Affirmed.